[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 357.]

**OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, *v.* EHEMAN, APPELLEE.**

**OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, *v.* LOPEZ, APPELLEE.**

**OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, *v.* MCKENZIE, APPELLEE.**

**OHIO BUREAU OF MOTOR VEHICLES, APPELLANT, *v.* WORSTER, APPELLEE.**

**[Cite as *Ohio Bur. of Motor Vehicles v. Eheman*, 1997-Ohio-147.]**

*Motor vehicles—Suspension of driver's license—Ohio resident whose driver's license has been suspended in Ohio based upon an out-of-state conviction for driving under the influence of drugs or alcohol may petition for occupational driving privileges in Ohio—Former R.C. 4507.169 is constitutional.*

(Nos. 96-858, 96-859, 96-860 and 96-861—Submitted June 25, 1997—Decided July 30, 1997.)

APPEAL from the Court of Appeals for Hamilton County, No. C-950127.

APPEAL from the Court of Appeals for Butler County, No. CA94-12-232.

APPEALS from the Court of Appeals for Clermont County, Nos. CA95-01-005 and CA95-05-029.

_____

*Betty D. Montgomery*, Attorney General, and *William C. Becker*, Assistant Attorney General, for appellant.

*Lindhorst & Dreidame* and *Leo J. Breslin*, for appellees Gary W. McKenzie and William A. Worster in case Nos. 96-860 and 96-861.

_____

{¶ 1} The judgments of the courts of appeals are reversed, and the causes are remanded for further proceedings consistent with *Hughes v. Ohio Bur. of Motor Vehicles* (1997), ___ Ohio St.3d ___, ___ N.E.2d ___.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____